Commonwealth *v.* Rush, Appellant.

Commonwealth *v.* Paris, Appellant.

Before CAMPBELL, P.J., without a jury.

Submitted September 8, 1975. *Benjamin Novak,* Assistant Public Defender, for appellants; *C. Kent Price,* Assistant District Attorney, and *Charles C. Brown, Jr.,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

Commonwealth *v.* Rusinko, Appellant.

Before PODCASY, J.

Submitted September 8, 1975. *Michael J. Cefalo,* Assistant Public Defender, for appellant; *Robert J. Gillespie, Jr.,* Assistant District Attorney, and *Patrick J. Toole, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Sanders, Appellant.

Before DOTY, J.

Argued December 10, 1975. *Samuel Kagle,* for appellant; *Arnold L. New, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, submitted a brief for Commonwealth, appellee.

Order affirmed.

WATKINS, P.J., absent.